UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re RUDY VEGA,

    Plaintiff

No. C 14-0699 PJH (PR)

**ORDER OF DISMISSAL**

    This case was opened when plaintiff wrote a letter to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

    No response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: April 1, 2014.

                          PHYLLIS J. HAMILTON
                          United States District Judge

G:\PRO-SE\PJH\CR.14\Vega0699.dsm-ifp.wpd